IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOUGLAS WALKER,

    Petitioner,

v.   CASE NO. 1:10-cv-00097-MP -GRJ

WALTER A MCNEIL,

    Respondent.

_____/

### **O R D E R**

This matter is before the Court on Doc. 19, motion to extend time to file an appeal by Douglas Walker.  Petitioner moves the Court for an extension of time to appeal the Court's February 15, 2011 order dismissing his petition for writ of habeas corpus.  Petitioner states that he did not receive a copy of the Court's order while he was being temporarily held at a different facility from January 14 to February 25, 2011.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The motion to extend time to file an appeal, Doc. 19, is GRANTED.

2.    Petitioner may file a notice of appeal on or before May 13, 2011.

**DONE AND ORDERED** this   *22nd* day of April, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge