IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOUGLAS WALKER,

      Petitioner,

v.                                         CASE NO. 1:10-cv-00097-MP  -GRJ

WALTER A MCNEIL,

      Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc. 21, Amended Motion for extension of time to file

appeal and request for copy of Doc 15, Order dismissing petition for writ of habeas corpus by

Douglas Walker.  Petitioner Walker states that he has not received a copy of the Court's

dismissal order and only learned of the dismissal from the Court's order denying his additional

objections.  The petitioner requires a copy of the dismissal order to file a meaningful appeal.

Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      1.      The Amended Motion, Doc. 21, is GRANTED.

      2.      Petitioner may file a notice of appeal on or before Friday, June 10, 2011.

      3.      The Clerk is directed to send Petitioner another copy of the Court's order
               dismissing his petition for writ of habeas corpus, Doc. 15.

      **DONE AND ORDERED** this __9th__ day of May, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge