IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOUGLAS WALKER,

    Petitioner,
v.                                    CASE NO. 1:10-cv-00097-MP -GRJ

KEN TUCKER,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 37, Petitioner's First Amended Petition for habeas corpus.  Petitioner initially filed his petition for habeas corpus under § 2254 on May 28, 2010 (Doc. 1), citing a multitude of claims pertaining to prison disciplinary convictions spanning a five-year period in addition to claims not cognizable in habeas corpus proceedings.  This Court dismissed the petition without prejudice for failure to prosecute after Petitioner failed to file an amended petition as directed by the Court. (Doc. 15).  Petitioner appealed to the Eleventh Circuit Court of Appeals, which dismissed his untimely appeal for lack of jurisdiction.  (Doc. 36).  Petitioner has now filed a "First Amended Petition" under Case No. 1:10-cv-97 challenging multiple prison disciplinary convictions.  (Doc. 37).  Case No. 1:10-cv-97 is closed and no further pleadings are permitted.  If Petitioner seeks to file a petition for habeas corpus, he must do so by initiating a new case and paying the appropriate filing fee or moving to

proceed as a pauper.

Accordingly, it is **ORDERED:**

That the First Amended Petition, Doc. 37, is **STRICKEN.**

**DONE AND ORDERED** this 2nd day of September 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge